*uel D. Slade* for respondent.

No. 662. BUNDTE ET AL. *v.* CALIFORNIA. District Court of Appeal, Third Appellate District, of California. Certiorari denied. *George E. Flood* for petitioners. *Fred N. Howser,* Attorney General of California, *Walter Rountree* and *Doris H. Maier,* Deputy Attorneys General, for respondent.

No. 663.. MOORE ET AL. *v.* CALIFORNIA. District Court of Appeal, Third Appellate District, of California. Certiorari denied. *George E. Flood* for petitioners. *Fred N. Howser,* Attorney General of California, *Walter Rountree* and *Doris H. Maier,* Deputy Attorneys General, for respondent.

No. 693. WHITING STOKER Co. *v.* CHICAGO STOKER CORP. C. A. 7th Cir. Certiorari denied. *Harry Abrahams* and *Ode L. Rankin* for petitioner. *Martin Stanton Gordon* for respondent.

No. 695. WAREHOUSE UNION LOCAL 6, INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION (C. I. O.), *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. *Bertram Edises* for petitioner. *Solicitor General Perlman, Robert N. Denham, David P. Findling, Ruth Weyand* and *Bernard Dunau* for the National Labor Relations Board; and *Mathew O. Tobriner* for the International Chemical Workers Union, A. F. of L., respondents.

No. 697. MASON ET AL. *v.* TEXAS COMPANY. C. A. 1st Cir. Certiorari denied. *Hardy K. Maclay* for peti-

tioners. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade, Leavenworth Colby* and *Cecelia H. Goetz* for respondent. ▉

No. 699. BRAUN *v.* TAUB ET AL. C. A. 2d Cir. Certiorari denied. *David Haar* for petitioner. *Joseph M. Schwartz* for respondents. ▉

No. 700. VEATCH *v.* BORTHWICK, TAX COMMISSIONER OF HAWAII. C. A. 9th Cir. Certiorari denied. *Melvin M. Belli* for petitioner. *Walter D. Ackerman, Jr.,* Attorney General of Hawaii, *Rhoda V. Lewis,* Assistant Attorney General, and *Thomas W. Flynn,* Deputy Attorney General, for respondent. ▉

No. 704. LINQUATA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Harry Bergson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney, Ellis N. Slack* and *John H. Mitchell* for the United States. ▉

No. 705. SHEPHERD ET AL. *v.* HUNTER ET AL. C. A. 7th Cir. Certiorari denied. *Burke Williamson, Jack A. Williamson* and *Robert McCormick Adams* for petitioners. *Richard E. Westbrooks* for Hunter et al.; and *R. S. Outlaw* and *W. J. Milroy* for the Atchison, Topeka & Santa Fe Railway Co., respondents. ▉

No. 706. COURT SQUARE BUILDING, INC. *v.* CITY OF NEW YORK. Court of Appeals of New York. Certiorari denied. *M. Carl Levine, David Morgulas* and *Albert*